UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:02-cr-129-T-23AEP
 8:09-cv-1303-T-23AEP

ITALO MAGNIFICO

_____/

**ORDER**

This matter is before the court for consideration of Magnifico's Section 2255 motion to vacate. The Magistrate Judge filed his report (Doc. 25) recommending denying the motion to vacate. All parties were provided copies of the report and recommendation. On July 16, 2010, counsel for Magnifico, and on July 19, 2010, Magnifico, pro se, filed objections. (Doc. 29 and 30, respectively) The court independently examined the file and reviewed Magistrate Judge Porcelli's report and recommendation and the objections. Upon consideration, the objections are overruled and the report and recommendation is adopted, confirmed, and incorporated by reference into this order.[*]

---

[*] The purpose of the evidentiary hearing was to determine whether trial counsel rendered ineffective assistance by not honoring Magnifico's request to appeal. The Magistrate Judge accepted the credibility of trial counsel—specifically, "Magnifico did not ask defense counsel to take an appeal"—and rejected Magnifico's credibility—specifically, "I reject as not credible Magnifico's testimony and other evidence that he requested his lawyers to file an appeal." The Magistrate Judge's credibility determination is accepted. See Louis v. Blackburn, 630 F.2d 1105, 1109 (5th Cir. 1980) ("[T]he district judge should not enter an order inconsistent with the credibility choices made by the magistrate without personally hearing the live testimony of the witnesses whose testimony is determinative.").

- 2 -

Accordingly, the report and recommendation (Doc. 25) is adopted and the objections (Doc. 29 and 30) are rejected. Magnifico's motion to vacate sentence (Doc. 1) is **DENIED**. The clerk shall enter a judgment and close this case.

ORDERED in Tampa, Florida, on July 30, 2010.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE